No. 859. Boston & Providence Railroad Corp. ET AL. *v.* New York, New Haven & Hartford Railroad Co. ET AL. C. A. 1st Cir. Certiorari denied. *Armistead B. Rood, Joseph B. Hyman, Cassius M. Clay* and *Sidney H. Willner* for petitioners. *James Garfield* for the New York, New Haven & Hartford Railroad Co., respondent.

No. 860. Robinson *v.* Stevens ET AL. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Charles F. Luce* for respondents.

No. 866. Prager, Executrix, ET AL. *v.* United States. C. A. 5th Cir. Certiorari denied. *Eugene T. Edwards* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub* and *Morton Hollander* for the United States.

No. 872. International Terminal Operating Co., Inc., Successor to the Jarka Corporation, *v.* Iino Kauin Kaisha, Ltd. C. A. 2d Cir. Certiorari denied. *Paul A. Crouch* for petitioner. *James B. Magnor* and *Vernon S. Jones* for respondent.

No. 876. Wills Lines, Inc., *v.* Tankport Terminals, Inc. C. A. 2d Cir. Certiorari denied. *Harry D. Graham* for petitioner. *Maurice A. Krisel* for respondent.

No. 307, Misc. Mummert *v.* Pennsylvania. Supreme Court of Pennsylvania, Eastern District. Certiorari denied. *James P. Coho* for petitioner.

No. 341, Misc. Shell *v.* Missouri ET AL. Supreme Court of Missouri. Certiorari denied.